FILED
IN CLERKS OFFICE
2016 MAR 8 AM 9 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff: Omar E Franklin
11 Woodbine St
Boston, MA. 02119

Defendant: Boston Police Department
One Schroeder Pl
Boston, MA. 02121

Defendant: City of Boston
City Hall Plaza
Boston, MA. 02111

Defendant: Det. Mason
Boston Police Department
One Schroeder Place
Boston, MA. 02121

Defendant: Det. Merner
Boston Police Department
One Schroeder Place

(1) para

the reason for filing This Complaint with The U.S. Department of Justice, is that my civil right to equal protection under the Law. ② Harassment and Intimidation and Retaliation by Boston police officer Name in The Complaint as well as The Department and The City of Boston and the policey that The Boston police use in the Black Community.

The Allegations are as Follows:

(2) para

① Det. Mason of The Boston police was Derelect in his duty in executing the duty that the public intrest him with, equal protection under the Law. he Failed to do his duty by Allowing a dangerous Individual to Roam the Community who had just Dump 7 to 8 gunshots on young people, pregnant young girls and Family members intering my home.

Det Mason texted me a photo of the Individual and I Confirmed that was indeed the person. I never heard back from Defictive Mason and when I did make Inquireies I was threat Like my Life and those Around me didn't matter.

3rd pard

② IN February 2015 the Boston police a partner of Det. Mason, got a search warrant and executed that warrant on guest who had been visiting for some days, my come to my home, some was there during the shooting incident and where Afraid to go outside because the Boston police did not Apprehend him, while he was being seen in the community this creates an atmosphere of fair in the Black community.

4th pard

③ Det. Marner got A search warrant, come to my house with swat with submachine gun, military hardware and technology. Use A Device called the million watt sun, it sensory deprivation the light was so Bright it pierced the walls it seemed Like. they also use electron warfare device like the weaponize E.M.P weapon which distroyed all my sivalence camera, they use device to look through the walls as well. This was a military type Assault on citizen of the United states.

6th para

③ After entering the 1st Floor Apartment a couple Individuals was Arrested for various Reasons. The warrent states that they were looking for some high capacity weapon, none was found, I understand that one of the young men did have a weapon in the house because he was fearful to go outside knowing what this guy did and he was still in the community.

7th para

④ After the swat team left Det. Menver and his partners stay behind and ransacked the house, tearing the certains out the window to embaress my name, they ripe picture off the walls. They toke my expensive musical equipment and distroyed it. I could hear them down there throwing the equipment against the wall in a pile (pic are avilible). they distroyed every and anything they could. MacIntosh-G5 $4,500.00 toke out the hard drive with years of work. Software valued at $6,000.00, console board, speaker chairs, beds, stove washer & dryer and a lot more, holes punched in walls.

8th para

⑤ willful milicious distruction of property They had no need to broke any of the equipment The warrent says search not distroy

9 para

6) Continue harassment as my back yard Abuts The Boston police Departments special operations units for the last 15-20 years. I've been here all my life 53 years and since they moved in they have not been good neighbors.

10 para

I suffer from severe PTSD and since this happened almost 1 year ago, my sleep has gotten even worse. I go to sleep after 5 AM in the morning every morning since The Assault on my Home. I Feel unsafe, deeply more depressed, Afraid of what the Boston police are capable of. People get killed and they know who they are.

11 para

7) The Boston police or one of their C.I. Come and put a dead Rat right by my car door so As I come to my vehicle it could be plainly seen. I am Afraid for my safety because of the Boston police Department, what Det. Mason and Det. Merner did

① the relief I seek is to be made completaly whole at Any Costs to replace my Damaged equipment

② punitive: damages and sanctions damages in the Amount of $500,000.00. refrain from harrassing me

③ pain and suffering as this equipment was part of battling my PTSD and I have been in deep depression couse of this so I ask The Court to Award me 5.5 million Dollars as a statemant to our Constitution all should be safe to persue Life, Liberty and The persute of Happiness.

④ I also invoke my Rights to a Jury Trail, I Claim and maintain such Rights.

*[signature]*
11 Woodbine St
Boston, MA. 02119